## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Samantha Brown, | ) | Case No. 1:23-cr-174 |
| | ) | |
| Defendant. | ) | |

On November 8, 2023, the Court sentenced Defendant to pay $411.63 in restitution and to serve one-year of unsupervised probation. (Doc. No. 16).

On November 29, 2023, the United States filed a "Motion for Early Termination of Defendant's Term of Probation." (Doc. No. 18). It advises that Defendant has paid her restitution balance. It requests that the Court terminate Defendant's remaining period of probation, asserting that the primary purpose for the imposition of probation was ensure that Defendant paid the balance of her restitution obligation.

For good cause shown and given that Defendant has paid her restitution in full, the Court **GRANTS** the United States' motion (Doc. No. 18) and terminates what remains of Defendant's probation.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court